**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AWANA CLUBS INTERNATIONAL**  )<br>**One East Bode Road**  )<br>**Streamwood, IL 60107**  )<br>  )<br>        **Plaintiff,**  )<br>  )<br>   -v-  )<br>  )<br>**LINDA M. SPRINGER**  )<br>**in her official capacity as**  )<br>**Director of the United States Office**  )<br>**of Personnel Management**  )<br>**1900 E Street, N.W.**  )<br>**Washington, D.C. 20415-0001,**  )<br>  )<br>        **Defendant.**  )<br>  ) | Civil Action No._____ |

### CERTIFICATE OF COUNSEL PURSUANT TO LCvR 65.1

I, Bernard J. DiMuro, counsel for Awana Clubs International ("Awana"), certify I notified James Green, Esq., Associate General Counsel of the United States Office of Personnel Management, by telephone at approximately 8:30 a.m. on July 27, 2006, that the Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in several matters involving charities denied listing on the CFC National List would be filed during the afternoon of July 28, 2006. I further advised Mr. Green that he would be notified of the time and date set by the Court for a hearing, if any is to be held. At that time, I gave him the names of the charities I knew were involved. Awana was not one of those charities because they had not yet decided to proceed. Overnight Awana decided to proceed and I have, on the morning of July 28th, so advised Mr. Green and Ms. Rhonda Fields (the assigned Assistant U.S. Attorney) of this fact by email.

I have delivered to Mr. Green, U.S. Office of Personnel Management, 1900 E. St. NW, Room 7353, Washington, DC 20415-1000 and to Ms. Fields, by messenger, and/or sent by electronic mail (pdf) with Mr. Green's and Ms. Fields' permission, a copy of the Complaint and accompanying exhibits, Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum of Points and Authorities, and proposed Order in this matter, along with a copy of this certificate.

Respectfully submitted,

/s/
Bernard J. DiMuro, Esq. (DC # 393020)
DiMuroGinsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
(703) 684-4333
(703) 548-3181 (facsimile)

Noland MacKenzie Canter, III (D.C. Bar #93616)
Mark J. Diskin (D.C. Bar #334086)
Copilevitz & Canter, LLC
1900 L Street, N.W., Suite 215
Washington, D.C. 20036

*Counsel for Plaintiff*