# UNITED STATES DISTRICT COURT
## District of Columbia

Awana Club International

**SUMMONS IN A CIVIL CASE**

V.

Springer

CASE NUMBER 1:06CV01341

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 07/28/2006

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
501 3rd Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DiMuroGinsberg, PC
908 King Street, Suite 200
Alexandria, Virginia 22314

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                JUL 2 8 2006

CLERK                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/31/2006 |
| NAME OF SERVER (PRINT) PAUL B. SPALDING | TITLE PPS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sub-Serve: Debra J. Muhammad, Legal Assistant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/2006         _[signature]_
             Date              Signature of Server

PO Box 523078 Springfield, VA 22152
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.